PEOPLE *v.* EISENBERG

OPINION OF THE COURT

1. This case is controlled by *People* v. *Hampton* (1971), 384 Mich 669.

CONCURRING OPINION

BLACK, J.

See headnote 1.

DISSENTING OPINION

T. E. BRENNAN, J.

*2. This case should be affirmed for the reasons stated in the dissenting opinion by* T. E. BRENNAN, *J., in People* v. *Hampton (1971), 384 Mich 669 at p 685.*

Appeal from Court of Appeals, Division 1, J. H. Gillis, P. J., and V. J. Brennan and Bronson, JJ., denying motion for a temporary remand to Wayne, Horace W. Gilmore, J., for an evidentiary hearing. Submitted April 8, 1971. (No. 12 April Term 1971, Docket No. 52,785.) Decided June 1, 1971.

Walter A. Eisenberg was convicted of conspiracy to possess marihuana. Defendant's motion for a temporary remand to the trial court for an evidentiary hearing was denied by the Court of Appeals. Defendant appeals. Trial court reversed and remanded for new trial.

REFERENCES FOR POINTS IN HEADNOTES

[1, 2] (no reference)

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Patricia J. Boyle,* Assistant Prosecuting Attorney, for the people.

*Campbell, Lee, Kurzman & Leitman,* for defendant.

PER CURIAM. For the reasons stated in the majority opinion in *People* v. *Hampton* (1971), 384 Mich 669, we reverse the judgment of the trial court and remand for new trial.

T. M. KAVANAGH, C. J., and ADAMS, T. G. KAVANAGH, SWAINSON, and WILLIAMS, JJ., concurred.

BLACK, J. (*concurring*). Refer to the majority and minority opinions of *People* v. *Hampton, ante* respectively at 673 and 680. This appeal is controlled by the Court's determination of *Hampton,* the question of retroactivity being the same and the same majority having determined that this defendant also should have the benefit of some sort of a *Lyles* jury instruction (see *Lyles* quoted and cited in *People* v. *Cole* [1969] 382 Mich 695, 719, 720).

I yield to the majority and leave to it the nature of whatever order of reversal and remand is desired for this case.

T. E. BRENNAN, J. (*dissenting*). I would affirm for the reasons stated in my dissent in *People* v. *Hampton* (1971), 384 Mich 669 at p 685.